IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL W. DUNCAN, | 1:11-cv-01320-DLB (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR ORIGINAL DOCUMENTS |
| v. | (ECF No. 4) |
| GREG LEWIS, et al., | |
| Defendants. | |

Plaintiff is a California state prisoner proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983. This action was transferred to the Northern District of California. On April 24, 2012, Plaintiff filed a motion requesting a copy of his original filed complaint. ECF No. 4.

Plaintiff is hereby notified that the Court does not provide copies of filings. Copies may be obtained from Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93728, phone number 800-842-2695.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed April 24, 2012, is denied.

IT IS SO ORDERED.

Dated:    **January 10, 2013**              /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE